IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TERESA DE LUCA | : | CIVIL ACTION |
|  | : |  |
| v. | : |  |
|  | : |  |
| TRUSTEES OF THE UNIVERSITY | : |  |
| OF PENNSYLVANIA | : | NO. 10-5919 |

<u>ORDER</u>

AND NOW, this 30th day of November, 2011, upon consideration of defendant's motion for summary judgment and exhibits thereto (docket entry # 18), plaintiff's memorandum in opposition to defendant's motion and exhibits thereto (docket entry # 19), and defendant's reply thereto (docket entry # 20), and upon the analysis set forth in the accompanying Memorandum, it is hereby ORDERED that:

1. Defendant Trustees of the University of Pennsylvania's motion for summary judgment (docket entry # 18) is GRANTED as to plaintiff Teresa De Luca's claims embodying FMLA interference and retaliation, being the only claims asserted in her Complaint; and

2. The Clerk shall CLOSE this case statistically.

BY THE COURT:

\_\s\Stewart Dalzell