```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA

TERESA DE LUCA                      :        CIVIL ACTION
                                    :
     v.                             :
                                    :
TRUSTEES OF THE UNIVERSITY          :
OF PENNSYLVANIA                     :        NO. 10-5919
```

ORDER

AND NOW, this 30th day of November, 2011, upon consideration of defendant's motion for summary judgment and exhibits thereto (docket entry # 18), plaintiff's memorandum in opposition to defendant's motion and exhibits thereto (docket entry # 19), and defendant's reply thereto (docket entry # 20), and upon the analysis set forth in the accompanying Memorandum, it is hereby ORDERED that:

  1. Defendant Trustees of the University of Pennsylvania's motion for summary judgment (docket entry # 18) is GRANTED as to plaintiff Teresa De Luca's claims embodying FMLA interference and retaliation, being the only claims asserted in her Complaint; and

  2. The Clerk shall CLOSE this case statistically.

              BY THE COURT:

              __\s\Stewart Dalzell